UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>                      Debtor. | Case No. 19-20905<br><br>Chapter 11 |
| THE DIOCESE OF ROCHESTER,<br><br>                      Plaintiff,<br><br>v.<br><br>AB 100 DOE, *et al.*,<br><br>                      Defendants. | Adv. Proc. No.: 22-ap-02075 |

**JOINDER IN OBJECTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ENTRY OF
AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 362 ENJOINING
THE PROSECUTION OF CERTAIN LAWSUITS**

R.A., Alvin Aponte, S.B., Jeffrey Brown, Martin Carr, Bernard Connell, Michelle Dougherty, Joyce George-Knight, Jake Giovati, Mark Gooden, John Graham, James Green, J.K., Ronald Kiley, Miguel Labrador, James Lennox, Nancy Maher, Scott Manza, Catherine Neff, S.N., Reinaldo Ocasio, John Pevc, M.S., Alan Schusler, F.S., Don Stiner, J.W., Philip Gullo, and Joseph McMahon (the "**Survivors**"), hereby join in the arguments set forth in the *Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Enjoining the Prosecution of Certain Lawsuits* [Adv. Pro. Docket No. 17] (the "**Committee Objection**") in response to *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Enjoining the Prosecution of Certain Lawsuits* [Adv. Pro. Docket No. 4] (the "**Injunction Motion**"), and expressly reserves all rights in the same manner and for the

same reasons set forth in the Committee Objection, including, but not limited to, its rights to appear and be heard on any issue in the Injunction Motion and Committee Objection. The Committee Objection is expressly incorporated herein by reference for all purposes.

WHEREFORE, for the reasons set forth in the Committee Objection, the Survivors respectfully request that the Court enter an Order denying the Injunction Motion and granting such other and further relief as is just and proper.

Dated: April 25, 2022

                                MARSH LAW FIRM PLLC

By _____
     James R. Marsh
     jamesmarsh@marsh.law
     31 Hudson Yards, 11th Floor
     New York, NY 10001
     Phone: (212) 372-3030