# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Rochester
    aka The Roman Catholic Diocese of
    Rochester

              Debtor(s)

Case No.: 2−19−20905−PRW
Chapter: 11

---

The Diocese of Rochester
             Plaintiff(s)

    v.

AB 100 Doe, et al
             Defendant(s)

A.P. No.: 2−22−02075−PRW

---

## NOTICE OF APPEAL RELATED DEFICIENCY

**The Appellee Designation of Contents for Inclusion in Record of Appeal, A.P. Dkt# 73 filed with this Court by Ilan Scharf, Esq., on July 12, 2022, is deficient for the following reasons:**

[   ]   Signature or electronic equivalent is missing from the Notice of Appeal and/or Civil Cover Sheet. The document must be amended to include the signature or electronic equivalent.

[   ]   Appeal Cover Sheet is: [   ] missing, [   ] not the current version, [   ] incomplete.
[The form is located at www.nywb.uscourts.gov. CM/ECF registered users must file the Appeal Cover Sheet under the appropriate event: Adversary > Adversary Misc > Cover Sheet, **OR** Bankruptcy > Other > Cover Sheet.]

[   ]   Certificate of Service is missing/incomplete.
[CM/ECF registered users must file the Certificate of Service under the appropriate event: Adversary > Adversary Misc > Certificate of Service, **OR** Bankruptcy > Other > Certificate of Service.]

[   ]   Caption is incorrect. The document must be amended with the correct caption.

[   ]   Incorrect A.P. Case Number. The document must be amended with the correct case number.

[   ]   Appellee is not clearly identified.

[ X ]   The item designated for inclusion in Record on Appeal from the BK Case No. 19-20905 dated 6/29/2022 is not clearly identified. If it is your intention to designate this item please clarify the docket number and description.

Date: July 13, 2022

Lisa Bertino Beaser
Clerk of Court

Form dfappeal/Doc 73
www.nywb.uscourts.gov